UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AUDEN L. GRUMET and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 1:13-CV-1019-CAP |
| PROFESSIONAL ACCOUNT MANAGEMENT, LLC, et al., | |
| Defendants. | |

O R D E R

As Senior Judge of the Northern District of Georgia, the assignment of this case is DECLINED.

The case is hereby returned to the Clerk for reassignment.

SO ORDERED, this 6 day of May, 2013.

CHARLES A. PANNELL, JR.
United States District Judge